# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 28, 2011

No. 10-10711
Summary Calendar

Lyle W. Cayce
Clerk

PATRICIA ANN FRALICK,

Plaintiff–Appellee

v.

PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND,

Defendant–Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:09-CV-752

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

After having reviewed the record and studied the briefs, we affirm the judgment of the district court for essentially the same reasons given by the district court in its Memorandum Opinion and Order of June 28, 2010.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.